**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**YASMANI ORDAZ,**
Plaintiff,

v. 2:26-cv-2434-KCD-NPM

**AMERICAN EXPRESS NATIONAL BANK,**
Defendant.

---

## ORDER DENYING MOTION FOR INTERPRETER

Pro se plaintiff Yasmani Ordaz requests this court provide him with a Spanish-language interpreter during oral proceedings. Under the Guide to Judiciary Policy, "[i]nterpreter services needed to assist parties in civil proceedings not instituted by the United States, both in-court and out-of-court, are the responsibility of the parties to the action." 5 Guide to Judiciary Policy, ch. 2, § 260 (Admin. Off. of the U.S. Cts. 2026). As Ordaz admits, he has no statutory entitlement to a court-appointed interpreter and "[t]he established rule is that the expenditure of public funds is proper only when authorized by Congress." (Doc. 3); *United States v. MacCollom*, 426 U.S. 317, 321 (1976). "There is no specific statute which authorizes the court to appoint an interpreter in civil in forma pauperis actions." *Mendoza v. Blodgett*, No. C-89-770-JMH, 1990 WL 263527, *15 (E.D. Wash. Dec. 21, 1990).

Accordingly, Ordaz's motion (Doc. 3) is **DENIED**.

**ORDERED** on September 11, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge