**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**YASMANI ORDAZ,**
Plaintiff,

v. 2:26-cv-2434-KCD-NPM

**AMERICAN EXPRESS NATIONAL BANK,**
Defendant.

---

# ORDER

Proceeding without counsel, plaintiff Yasmani Ordaz has initiated this consumer credit rights action against defendant American Express National Bank. We granted his in forma pauperis application. (Doc. 5). Now Ordaz moves for assistance to effect service (Doc. 4), which is **granted**. *See* Fed. R. Civ. P. 4(c)(3).

The U.S. Marshals Service is **DIRECTED** to send the waiver-of-service documents[1] and a copy of this order to Defendant:

1. **American Express National Bank** c/o **Corporation Trust Company** at **1108 E. South Union Ave., Midvale, UT 84047; and**

2. **American Express National Bank** c/o its registered agent **Eric Frommer** at **5829 Grand National Drive, Orlando, FL 32819.**

If the Defendant does not waive service and return its waiver to the court, we will direct the United States Marshal to effect personal service and require the Defendant to pay the costs of service.

---

[1] The notice of lawsuit (AO Form 398), two copies of the waiver (AO Form 399), the operative complaint (Doc. 1), and a postage-prepaid envelope addressed to the clerk of court.

**ORDERED** on September 14, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge